UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No.: 17-23683
Judge: GMH
Chapter: Chapter 13

In Re: Robert Odeja
Kathleen Odeja

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

The Debtors, through Geraci Law, LLC, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short an plain statement of factual and legal basis for the objection. File your written request at:

1. Clerk, U.S. Bankruptcy Court
   517 East Wisconsin Avenue, Room 126
   Milwaukee, WI 53202-4581

and provide copies to

| | |
|---|---|
| United States Trustee | Scott Lieske |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 East Wisconsin Avenue, Room 430 | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |
| | |
| Geraci Law, LLC | Robert Odeja |
| Andrew Mark Golanowski | Kathleen Odeja |
| 2505 N. Mayfair Rd. #101 | 1320 E. Oakwood Rd. |
| Wauwatosa, WI 53226 | Oak Creek, WI 53154 |

in time for its receipt by the above deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order modifying the Plan.

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

Case 17-23683-gmh    Doc 26    Filed 05/22/17    Page 1 of 7

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponents of this modification are the Debtors.
2. This is a request to modify a Chapter 13 Plan:

   a. ____ post-confirmation
   b. __X__ pre-confirmation
      i. Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
      ii. Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:
3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Correct the name of the mortgage creditor.

4. The reason(s) for the modification is/are: see above.

5. Select A or B:

   A. ____ The confirmed Chapter 13 Plan is modified as follows:

   B. __X__ The unconfirmed Chapter 13 Plan is modified as follows: Section 6(B) of the plan is amended to state that the Debtors shall make post petition mortgage payments for their real estate at 1320 E. Oakwood Rd., Oak Creek, WI 53154 direct to DLJ Mortgage Capital, Inc., as serviced by Select Portfolio Servicing, Inc.
   Special Provision 3 of section 10 of the plan is amended to state: Debtors have entered into the trial period of a loan modification with Select Portfolio Servicing, Inc. The Debtors' prepetition mortgage arrearage will be cured with the loan modification. Should the Debtors not obtain a permanent loan modification by December 31, 2017, Debtors shall amend their Plan to pay the prepetition arrearage through the Plan.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the even of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. I/We, _____, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

   _____  _____
   Debtor                                              Date

   _____  _____
   Debtor                                              Date

OR

2. I, Andrew Golanowski, attorney for the debtor(s), certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Monday, May 22, 2017.

By: */s/ Andrew Mark Golanowski*
Andrew Mark Golanowski
Attorney for Debtor
Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone:  (312) 332-1800
Fax:  (877) 247-1960
Email:wal@geracilaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
|  | **Case No.:** 17-23683 |
|  | **Judge:** GMH |
|  | **Chapter:** Chapter 13 |

**In Re: Robert Odeja**
           **Kathleen Odeja**

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Monday, May 22, 2017:

Robert Odeja                              **SEE ATTACHED LIST**
Kathleen Odeja
1320 E. Oakwood Rd.
Oak Creek, WI 53154


Additionally, the documents referenced above were also served via electronic means on the following individuals on Monday, May 22, 2017:

| | |
|---|---|
| United States Trustee | Scott Lieske |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |


Dated this Monday, May 22, 2017.

                                                    By:   _/s/ Andrew Mark Golanowski_____
                                                           Andrew Mark Golanowski
                                                           Attorney of the Debtor
                                                           Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone:  (312) 332-1800
Fax:  (877) 247-1960
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

```
Label Matrix for local noticing            DLJ Mortgage Capital, Inc.              Synchrony Bank
0757-2                                     c/o Gray & Associates, LLP              c/o PRA Receivables Management, LLC
Case 17-23683-gmh                          16345 W Glendale Dr                     PO Box 41021
Eastern District of Wisconsin              New Berlin, WI 53151-2841               Norfolk, VA 23541-1021
Milwaukee
Mon May 22 13:33:15 CDT 2017

AMEX                                       (p)AMERICOLLECT INC                     Bank of America
Attn: Bankruptcy Dept.                     PO BOX 2080                             Bankruptcy Department
Po Box 297871                              MANITOWOC WI 54221-2080                 450 American Street
Fort Lauderdale,FL 33329-7871                                                      Simi Valley,CA 93065-6285


Bank of America NA                         Barclays Bank Delaware                  (c)CBE GROUP
Attn: Bankruptcy Dept.                     125 S. West Street                      131 TOWER PARK DR STE 100
5401 N Beach St                            Wilmington,DE 19801-5014                WATERLOO IA  50701-9374
Fort Worth,TX 76137-2733


CBE Group                                  CBE Group Inc                           Cap1/Bostn
Attn: Bankruptcy Dept.                     PO Box 2337                             PO Box 5253
1309 Technology Pkwy                       Waterloo,IA 50704-2337                  Carol Stream,IL 60197-5253
Cedar Falls,IA 50613-6976


Capital One                                (p)CAPITAL ONE                          Century Liquidation INC
PO Box 5253                                PO BOX 30285                            Bankruptcy Dept.
Carol Stream,IL 60197-5253                 SALT LAKE CITY UT 84130-0285            6640 Shady Oak Road STE 300
                                                                                   Eden Prairie,MN 55344-7710


Century Liquidation Inc                    Century Liquidation, Inc.               Chase BP
35 E. Grassy Sprain Road #210              9858 Clint Moore Road Suite C-11 #2     Bankruptcy Dept.
Yonkers,NY 10710-4613                      Boca Raton, FL 33496-1034               PO BOX 15298
                                                                                   Wilmington,DE 19850-5298


Chase CARD                                 Chase-BP                                Crivitz Lumber Company
Attn: Bankruptcy Dept.                     PO Box 15298                            Bankruptcy Dept.
Po Box 15298                               Wilmington,DE 19850-5298                611 Main PO BOX 190
Wilmington,DE 19850-5298                                                           Crivitz,WI 54114-0190


Equifax                                    Experian                                GECRB/Lowes
Attn: Bankruptcy Dept.                     Attn: Bankruptcy Dept.                  PO Box 103065
PO Box 740241                              PO Box 2002                             Roswell,GA 30076
Atlanta,GA 30374-0241                      Allen,TX 75013-2002


IRS Priority Debt                          James Schulgit                          Johnson, Blumberg and Assoc
Bankruptcy Dept.                           Bankruptcy Dept.                        230 W. Monroe St #1125
PO Box 7346                                1001 W Glen Oaks lane STE 105           Chicago,IL 60606-4723
Philadelphia,PA 19101-7346                 Mequon,WI 53092-3369


Kohls/capone                               MHFS                                    Mcydsnb
N56 W17000 Ridgewood Drive                 10200 W Innovation Drive                9111 Duke Blvd
Menomonee Falls,WI 53051-7096              Milwaukee,WI 53226-4826                 Mason,OH 45040-8999
```

| | | |
|---|---|---|
| Milwaukee County Circuit Court<br>Bankruptcy Dept.<br>901 N. 9th ST.<br>Milwaukee,WI 53233-1425 | ONeMain<br>PO Box 3251<br>Evansville,IN 47731-3251 | Ocwen LOAN Servicing L<br>Attn: Bankruptcy Dept.<br>12650 Ingenuity Dr<br>Orlando,FL 32826-2703 |
| Ocwen LOAN Servicing L<br>Attn: Bankruptcy Dept.<br>3451 Hammond Ave<br>Waterloo,IA 50702-5345 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Optimum Outcomes<br>PO Box 660943<br>Dallas,TX 75266-0943 |
| Optimum Outcomes INC<br>Attn: Bankruptcy Dept.<br>2651 Warrenville Rd Ste<br>Downers Grove,IL 60515-5544 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Select Portfolio Servicing<br>PO Box 65277<br>Salt Lake City,UT 84165-0277 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | State Collection Service Inc.<br>Bankruptcy Dept<br>2509 South Stoughton Road<br>Madison,WI 53716-3314 |
| THD/CBNA<br>PO Box 6497<br>Sioux Falls,SD 57117-6497 | TNB - Target<br>Attn: Bankruptcy Dept.<br>Po Box 673<br>Minneapolis,MN 55440-0673 | Target NB<br>Attn: Bankruptcy Dept.<br>Po Box 673<br>Minneapolis,MN 55440-0673 |
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19022-1023 | WE Energies<br>Elaine<br>333 W. Everett Street<br>Room A130<br>Milwaukee,WI 53203-2803 | Wheaton Franciscan<br>PO Box 860496<br>Minneapolis,MN 55486-0496 |
| Wheaton Franciscan Med. Group<br>Bankruptcy Department<br>PO Box 68-9711<br>Milwaukee,WI 53268 | Wisconsin Dept. of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison,WI 53708-8901 | Wisconsin Electric POW<br>Attn: Bankruptcy Dept.<br>231 W Michigan St # A130<br>Milwaukee,WI 53203-2918 |